003156

# Earnings Statement

**ADP**

ASSOCIA MID-ATLANTIC
14000 HORIZON WAY
SUITE 200
MT. LAUREL, NJ 08054

Period Beginning: 05/26/2018
Period Ending:    06/08/2018
Pay Date:         06/15/2018

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  1
  NJ:       Table A
  PA:       N/A

JOSE RAMON LACEND
723 W ANNSBURY ST
PHILADELPHIA PA 19140

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.8900 | 72.63 | 1,444.61 | 16,835.89 |
| Overtime | 29.8350 | .65 | 19.39 | 370.85 |
| Holiday | 19.8900 | 8.00 | 159.12 | 477.36 |
| On Call Pay | | | 90.00 | 360.00 |
| Additional Slry | | | | 90.00 |
| Other | | | | 477.36 |
| Sick | | | | 477.36 |
| Vacation | | | | 954.72 |
| **Gross Pay** | | | **$1,713.12** | 20,043.54 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,475.64

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| 401K | | 801.73 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -133.53 | 1,573.46 |
| | Social Security Tax | -95.73 | 1,116.99 |
| | Medicare Tax | -22.39 | 261.23 |
| | PA State Income Tax | -47.41 | 553.11 |
| | Philadelphia Income Tax | -66.65 | 779.83 |
| | NJ SUI/SDI Tax | -12.08 | 141.31 |
| | **Other** | | |
| | Dental | -8.09* | |
| | Medical | -157.96* | |
| | Vision | -2.91* | |
| | 401K | -68.52* | 801.73 |
| | 401K Loan 1 | -58.73 | 704.76 |
| | **Net Pay** | **$1,039.12** | |
| | Checking | -1,039.12 | |
| | **Net Check** | **$0.00** | |

©1998, 2006. ADP, LLC All Rights Reserved.

© 2000 ADP, LLC

---

**VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM**

ASSOCIA MID-ATLANTIC
14000 HORIZON WAY
SUITE 200
MT. LAUREL, NJ 08054

Advice number: 00000240011
Pay date: 06/15/2018

Deposited to the account of
JOSE RAMON LACEND

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4645 | xxxx xxxx | $1,039.12 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement 

ASSOCIA MID-ATLANTIC
14000 HORIZON WAY
SUITE 200
MT. LAUREL, NJ 08054

Period Beginning: 05/12/2018
Period Ending: 05/25/2018
Pay Date: 06/01/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  NJ: Table A
  PA: N/A

JOSE RAMON LACEND
723 W ANNSBURY ST
PHILADELPHIA PA 19140

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.8900 | 80.00 | 1,591.20 | 15,391.28 |
| Overtime | 29.8350 | 1.22 | 36.40 | 351.46 |
| On Call Pay | | | 180.00 | 270.00 |
| Additional Slry | | | | 90.00 |
| Holiday | | | | 318.24 |
| Other | | | | 477.36 |
| Sick | | | | 477.36 |
| Vacation | | | | 954.72 |
| **Gross Pay** | | | **$1,807.60** | 18,330.42 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,566.34

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 733.21 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -144.41 | 1,439.93 |
| | Social Security Tax | -101.60 | 1,021.26 |
| | Medicare Tax | -23.76 | 238.84 |
| | PA State Income Tax | -50.31 | 505.70 |
| | Philadelphia Income Tax | -70.33 | 713.18 |
| | NJ SUI/SDI Tax | -12.75 | 129.23 |
| | **Other** | | |
| | Dental | -8.09* | |
| | Medical | -157.96* | |
| | Vision | -2.91* | |
| | 401K | -72.30* | 733.21 |
| | 401K Loan 1 | -58.73 | 646.03 |
| | **Net Pay** | **$1,104.45** | |
| | Checking | -1,104.45 | |
| | **Net Check** | **$0.00** | |

---

ASSOCIA MID-ATLANTIC
14000 HORIZON WAY
SUITE 200
MT. LAUREL, NJ 08054

Advice number: 00000220010
Pay date: 06/01/2018

Deposited to the account of
JOSE RAMON LACEND

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4645 | xxxx xxxx | $1,104.45 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ASSOCIA MID-ATLANTIC**
14000 HORIZON WAY
SUITE 200
MT. LAUREL, NJ 08054

| Period Beginning: | 04/28/2018 |
|---|---|
| Period Ending: | 05/11/2018 |
| Pay Date: | 05/18/2018 |

Taxable Marital Status:  Single
Exemptions/Allowances:
- Federal: 1
- NJ: Table A
- PA: N/A

**JOSE RAMON LACEND**
723 W ANNSBURY ST
PHILADELPHIA PA 19140

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.8900 | 80.00 | 1,591.20 | 13,800.08 |
| Overtime | 29.8350 | 1.50 | 44.75 | 315.06 |
| Additional Slry | | | | 90.00 |
| Holiday | | | | 318.24 |
| On Call Pay | | | | 90.00 |
| Other | | | | 477.36 |
| Sick | | | | 477.36 |
| Vacation | | | | 954.72 |
| **Gross Pay** | | | **$1,635.95** | 16,522.82 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,401.55

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 660.91 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -124.63 | 1,295.52 |
| Social Security Tax | -90.95 | 919.66 |
| Medicare Tax | -21.27 | 215.08 |
| PA State Income Tax | -45.04 | 455.39 |
| Philadelphia Income Tax | -63.65 | 642.85 |
| NJ SUI/SDI Tax | -11.52 | 116.48 |
| **Other** | | |
| Dental | -8.09* | |
| Medical | -157.96* | |
| Vision | -2.91* | |
| 401K | -65.44* | 660.91 |
| 401K Loan 1 | -58.73 | 587.30 |
| **Net Pay** | **$985.76** | |
| Checking | -985.76 | |
| **Net Check** | **$0.00** | |

---

**ASSOCIA MID-ATLANTIC**
14000 HORIZON WAY
SUITE 200
MT. LAUREL, NJ 08054

| Advice number: | 00000200010 |
|---|---|
| Pay date: | 05/18/2018 |

Deposited to the account of
**JOSE RAMON LACEND**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4645 | xxxx xxxx | $985.76 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



# Earnings Statement

```
004711
TKH   100140 AOC001       000
```

ASSOCIA MID-ATLANTIC
14000 HORIZON WAY
SUITE 200
MT. LAUREL, NJ 08054

Period Beginning:  04/14/2018
Period Ending:     04/27/2018
Pay Date:          05/04/2018

Taxable Marital Status:  Single
Exemptions/Allowances:
　Federal:   1
　NJ:        Table A
　PA:        N/A

JOSE RAMON LACEND
723 W ANNSBURY ST
PHILADELPHIA PA 19140

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.8900 | 80.00 | 1,591.20 | 12,208.88 |
| Overtime | 29.8350 | 1.47 | 43.86 | 270.31 |
| Additional Slry | | | | 90.00 |
| Holiday | | | | 318.24 |
| On Call Pay | | | | 90.00 |
| Other | | | | 477.36 |
| Sick | | | | 477.36 |
| Vacation | | | | 954.72 |
| **Gross Pay** | | | **$1,635.06** | 14,886.87 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,400.70

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 595.47 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -124.53 | 1,170.89 |
| Social Security Tax | -90.90 | 828.71 |
| Medicare Tax | -21.26 | 193.81 |
| PA State Income Tax | -45.01 | 410.35 |
| Philadelphia Income Tax | -63.62 | 579.20 |
| NJ SUI/SDI Tax | -11.53 | 104.96 |
| **Other** | | |
| Dental | -8.09* | |
| Medical | -157.96* | |
| Vision | -2.91* | |
| 401K | -65.40* | 595.47 |
| 401K Loan 1 | -58.73 | 528.57 |
| **Net Pay** | **$985.12** | |
| Checking | -985.12 | |
| **Net Check** | **$0.00** | |

©1998, 2006. ADP, LLC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2000 ADP, LLC

ASSOCIA MID-ATLANTIC
14000 HORIZON WAY
SUITE 200
MT. LAUREL, NJ 08054

Advice number:  00000180011
Pay date:       05/04/2018

Deposited to the account of
**JOSE RAMON LACEND**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4645 | xxxx xxxx | $985.12 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.