United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 18-14463-jkf
Jose R. Lacend                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: jch           Page 1 of 1          Date Rcvd: Sep 10, 2018
                             Form ID: 175         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
db              +Jose R. Lacend,    723 W. Annsbury Street,    Philadelphia, PA 19140-1301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
             BRANDON J. PERLOFF   on behalf of Debtor Jose R. Lacend bperloff@kminjurylawyers.com,
              kmecf1429@gmail.com
             FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com
             REBECCA ANN SOLARZ   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
              Liability Company bkgroup@kmllawgroup.com
             United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
             WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                    TOTAL: 5

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re: Jose R. Lacend

Debtor(s)

Case No: 18−14463−jkf

Chapter: 13

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for failure to pay the first &
second installment for a total
amount of $150.00

will be held before the Honorable Jean K. FitzSimon ,United States Bankruptcy Court

on: 9/26/18

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: September 10, 2018

17
Form 175