United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jose R. Lacend  
     Debtor

Case No. 18-14463-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: jch | Page 1 of 1 | Date Rcvd: Oct 29, 2018 |
|---|---|---|---|
| | Form ID: 175 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2018.
db       +Jose R. Lacend,   723 W. Annsbury Street,   Philadelphia, PA 19140-1301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2018                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2018 at the address(es) listed below:
        BRANDON J. PERLOFF    on behalf of Debtor Jose R. Lacend bperloff@kminjurylawyers.com, kmecf1429@gmail.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
        TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jose R. Lacend
    Debtor(s)

Case No: 18−14463−jkf
Chapter: 13

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the third installment payment in the amount of $75.00.

will be held before the Honorable Jean K. FitzSimon ,United States Bankruptcy Court

on: 11/14/18

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: October 29, 2018

23
Form 175