United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14463-jkf
Jose R. Lacend                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP            Page 1 of 2            Date Rcvd: Nov 15, 2018
                              Form ID: pdf900        Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
db             +Jose R. Lacend,    723 W. Annsbury Street,    Philadelphia, PA 19140-1301
14161224       +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
14169996       +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14161226       +Philadelphia Gas Works,    1137 Chestnut St.,    Phildlephia, PA 19107-3619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:28     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2018 03:24:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 16 2018 03:30:17
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14161219       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 16 2018 03:25:00
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,   4425 Ponce de Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
14193890       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 16 2018 03:25:00
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd,    5th Floor, BK Dept,
                 Coral Gables, FL 33146-1837
14161221        E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:27     City of Philadelphia,
                 Municipal Services Building,    1401 John F. Kennedy Blvd, 5th Floor,
                 Philadelphia, PA 19102-1595
14161222        E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:27     City of Philadelphia,
                 Department of Revenue,    P.O. Box 41496,   Philadelphia, PA 19101-1496
14161220       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 16 2018 03:30:22
                 Capital One Auto Finance,    Attn: Bankruptcy,   PO Box 30285,    Salt Lake City, UT 84130-0285
14173330       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 16 2018 03:31:33
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
14163109       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 16 2018 03:30:17
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14191045       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2018 03:30:30     Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14161223       +E-mail/Text: bknotice@ercbpo.com Nov 16 2018 03:24:38     ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,   Jacksonville, FL 32256-7412
14161225       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 16 2018 03:23:59     PECO,   2301 Market St,
                 Philadelphia, PA 19103-1380
14161227       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 16 2018 03:30:58     Regional Acceptance Co,
                 Attn: Bankruptcy,    PO Box 1487,   Wilson, NC 27894-1487
14161228       +E-mail/Text: bankruptcy@sw-credit.com Nov 16 2018 03:24:35     Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,   Carrollton, TX 75007-1958
14193179       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2018 03:31:11     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 17

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: PaulP              Page 2 of 2              Date Rcvd: Nov 15, 2018
                               Form ID: pdf900          Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              BRANDON J. PERLOFF    on behalf of Debtor Jose R. Lacend bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re

**18-14463-JKF  JOSE R LACEND** Debtor(s)

**ORDER**

AND NOW, it is

1.*(X)   ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( )   ORDERED that since we find that the debtor(s)' have failed to propose a plan, this case be, and the same hereby is, DISMISSED

3.*( )   ORDERED that sine we find that the debtor(s) have failed to file a feasible plan, this case be and the same hereby is, DISMISSED.

4.*( )   ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

5.*( )   ORDERED that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be, and the same hereby is, DISMISSED,  and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016 (b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the Clerk.

6.*( )   ORDERED that since we find material failure to comply with the terms of a confirmed plan under 11 U.S.C. Sec. 1307 (c)(6) this case be, and the same hereby is, DISMISSED.

Dated:  November 14, 2018

Jean K. FitzSimon
United States Bankruptcy Judge

\* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm